NUMBER 13-03-746-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

ROBERTO LOPEZ DE CASTILLA, INC., ET AL.,                    Appellants,

v.

AFFORDABLE HOUSING CONSTRUCTION, INC.,                   Appellee.
___________________________________________________________________

On appeal from the 138th District Court of Cameron County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Opinion Per Curiam

         Appellants, ROBERTO LOPEZ DE CASTILLA, INC., ET AL., perfected an appeal
from a judgment entered by the 138th District Court of Cameron County, Texas, in
cause number 2003-03-1220-B. After the record was filed, the parties filed a joint
and agreed motion to reverse and remand. In the motion, the parties state that they
have reached a compromise settlement agreement in this matter.
         The Court, having examined and fully considered the documents on file and the
parties’ joint motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby REVERSED and the
cause is REMANDED to the trial court in accordance with the parties’ settlement
agreement.  
                                                      PER CURIAM
Opinion delivered and filed this
the 17th day of June, 2004.